IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LEONARD HURD, JR., Individually and as Trustee of the Marie Ann Hurd Trust, | § § § § | No. 455, 2018 |
| Respondent-Below, Appellant, | § § § | Court Below: Chancery Court |
| v. | § § | of the State of Delaware |
| MARIE ANN HURD, | § § | C.A. No. 4675-MG |
| Petitioner-Below, Appellee. | § § § | |

Submitted: April 3, 2019
Decided: April 4, 2019

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## O R D E R

This 4th day of April, 2019, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Masters' Final Reports dated September 20, 2016 and March 26, 2018, and the Court of Chancery's Orders denying Exception dated February 15, 2017 and August, 2 2018;

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

_/s/ Karen L. Valihura_
Justice